UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 22, 2011

_____

No. 10-4040
_____

MITCHELL PARTNERS, L.P.,
                         Appellant

v.

IREX CORPORATION; NORTH LIME HOLDINGS CORP.;
W. KIRK LIDDELL; DAVID C. KLEINMAN; PAUL J. ISAAC;
JOANN M. JUDGE; MICHAEL J. LARDNER; JOHN O. SHIRK;
THOMAS W. WOLF; LORI A. PICKELL; JAMES E. HIPOLIT;
JANEE. PINKERTON; KENNETH G. STOUDT;
N. THOMPSON WASHBURN

_____

No. 10-4091
_____

MITCHELL PARTNERS, L.P.

v.

IREX CORPORATION; NORTH LIME HOLDINGS CORP.;
W. KIRK LIDDELL; DAVID C. KLEINMAMN; PAUL J. ISAAC;
JOANN M. JUDGE; MICHAEL J. LARDNER; JOHN O. SHIRK;
THOMAS W. WOLF; LORI A. PICKELL; JAMES E. HIPOLIT;
JANE E. PINKERTON; KENNETH G.STOUDT;
N. THOMPSON WASHBURN,
                         Appellants

(E.D. Pa. No. 5-08-cv-04814)

Present:  SLOVITER, FUENTES and GARTH, <u>Circuit Judges</u>

1.  Motion by Thomas W. Corbett, Jr., Governor of Pennsylvania, For Leave to
    File Amicus Curiae Brief in Support of Appellees/Cross-Appellants' Petition
    for Panel Rehearing and Rehearing En Banc;

2.  Motion by The Pennsylvania Chamber of Business and Industry, the
    Pennsylvania Manufactures' Association, and the Greater Philadelphia
    Hispanic Chamber of Commerce to File Statement as Amicus Curiae in
    Support  of Appellees/Cross-Appellants' Petition for Panel Rehearing  and
    Rehearing En Banc.

3. Petition filed by Appellee Irex Corp. for rehearing before the original panel and for en banc rehearing.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing petition for panel rehearing is granted. The panel will prepare an order certifying to the Pennsylvania Supreme Court the question regarding the interpretation of Pennsylvania's Business Corporation Law of 1988. In light of the fact that the question will be certified, the motions of Governor Corbett and The Pennsylvania Chamber of Business and Industry, the Pennsylvania Manufactures' Association, and the Greater Philadelphia Hispanic Chamber of Commerce to file statements or briefs in support of rehearing are dismissed as moot.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

Dated: September 27, 2011
tmm/cc: George W. Croner, Esq.
Christina Donato Saler, Esq.
Steven B. Feirson, Esq.
Erin C. Fisher, Esq.
Cheryl A. Krause, Esq.
Elisa T. Wiygul, Esq.
Robert J. LaRocca, Esq.